# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

————————————————

No. 1D18-2531

————————————————

EVA ELECTRIS CANNIE aka Ava
Electris Cannie aka Eve Helene
Cannie,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

————————————————

Petition for Writ of Prohibition—Original Jurisdiction.


April 2, 2019


PER CURIAM.

    The petition for writ of prohibition is denied on the merits.

ROBERTS, KELSEY, and WINSOR, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————

Eva Electris Cannie, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.